\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u> DISTRICT OF <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.    3:11-CV-1252  MAD/DEP

**TONYA POWELL,**
    **Plaintiff,**

  v.

**DELTA AIRLINES,**
    **Defendant.**

<u>            </u>JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>    XX    </u>DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, that Plaintiff's application to proceed in forma pauperis is **GRANTED**; and the Court further **ORDERS** that this action is **DISMISSED with prejudice** for failure to state a cause of action; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case; and the Court further **ORDERS** that the Clerk of the Court shall serve a copy of this Decision and Order upon Plaintiff in accordance with the Court's Local Rules, all in accordance with the Decision and Order of the Honorable Mae A. D'Agostino, U.S. District Judge, signed December 12, 2011.

**DATE:**  <u>December 12, 2011</u>

*[signature]*
Clerk of Court

S/Britney Norton
By: Deputy Clerk